■ FIDATA TRUST COMPANY MASSACHUSETTS et al., Respondents, v LEAHY BUSINESS ARCHIVES, INC., Appellant.—Order, Supreme Court, New York County (Burton S. Sherman, J.), entered on May 2, 1990, unanimously affirmed for the reasons stated by Burton S. Sherman, J., with costs. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman, Asch and Smith, JJ.

■ ANDREW J. DUELL et al., Individually and as Executors of MANNY E. DUELL, Deceased, Appellants, v GOLDSTICK, WEINBERGER, FELDMAN, ALPERSTEIN & TAISHOFF, P. C., et al., Respondents.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on December 27, 1990, unanimously affirmed for the reasons stated by Karla Moskowitz, J., with costs. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman and Smith, JJ.